**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VIRGIN MOBILE USA, LLC, | ) | No. CIV 06-1861-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| SOLARCOMM WIRELESS, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Request to Change the Date of the Permanent Injunction Hearing and Stipulation for Preliminary Injunction. [Doc. No. 15]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Preliminary Injunction is **GRANTED** [Doc. No. 15], and that the temporary restraining order issued on August 10, 2006 [Doc. No. 8] shall be continued as a preliminary injunction to remain in effect until **Wednesday, October 4, 2006 at 2:00 p.m.** or until the parties file with the Court papers terminating this matter.

**IT IS FURTHER ORDERED** that the hearing scheduled for Thursday, August 31 2006, is hereby **VACATED**.

//

//

1

**IT IS FURTHER ORDERED** that the parties shall appear before this Court on

2   **Wednesday, October 4, 2006 at 2:00 p.m.,** before the Honorable Stephen M. McNamee in

3   Courtroom 605 at 401 West Washington Street in Phoenix, Arizona and show cause why this

4   Court should not enter a Permanent Injunction against Defendants.

5        DATED this 30th day of August, 2006.

6

7

8                                    Stephen M. McNamee
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28