**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virgin Mobile USA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Solarcomm Wireless, et al.,<br><br>　　　　　Defendants. | No.  CV06-1861-PHX-SMM<br><br>**ORDER** |

　　　Plaintiff Virgin Mobile USA, LLC ("Virgin Mobile") and Defendants Solarcomm Wireless and Erik Molden (collectively "Defendants") have entered into a settlement and resolved all issues in this Action (the "Action"), and having as part of their settlement stipulated to the entry of this Permanent Injunction on Consent [Doc No. 21], the Court enters the following Order:

**FINDINGS**

　　　1.　　The Court has jurisdiction over this dispute and personal jurisdiction over Defendants.

　　　2.　　The Court adopts by reference its Orders dated August 10, 2006 and August 30, 2006 as further reason for the entry of this Permanent Injunction.

**PERMANENT INJUNCTION**

　　　Solarcomm Wireless, its agents, servants, employees, successors and assigns, all persons and entities acting in concert or participation with Solarcomm Wireless and/or

acting on their behalf or at their direction are permanently enjoined from purchasing, offering to purchase, reselling, offering to resell, shipping, and tampering with the software of, or inducing or soliciting any other person or entity to purchase, offer to purchase, resell, offer to resell, ship, and tamper with the software of any Virgin Mobile wireless handset, including without limitation the Kyocera K10 wireless handset.

**OTHER MATTERS**

1. Each party shall bear its own costs.

2. This Permanent Injunction on Consent shall constitute the final judgment in this Action as against Defendants.

3. The $100 bond previously posted by Virgin Mobile pursuant to the Court's Order dated August 10, 2006 is hereby discharged.

4. This Action having been concluded in all respects, the Clerk is directed to mark this matter closed.

5. This Court retains jurisdiction to enforce this injunction.

Dated this 10th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge